IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY L SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00390-TES |
| | * |
| VICTORY LANE AUTO SALES INC et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk